UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Case No.   8:94-CR-109-T-17MAP |
| ) | |
| CHARLES WALTER FLINT.             ) | |
| _____ ) | |

## REVOCATION OF SUPERVISED RELEASE
## AND JUDGMENT AND COMMITMENT

On this 10th day of October, 2006, came the Assistant United States Attorney and the defendant CHARLES WALTER FLINT, appeared in person and with counsel Bruce Howie.

It appearing to the Court that the above named defendant, having heretofore been convicted on March 28, 1995, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Amended Revocation of Supervised Release Order previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Amended Revocation of Supervised Release Order entered herein on January 3, 2005.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

Case No. 8:94-CR-109-T-17MAP                    USA vs. Charles Walter Flint

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **TWENTY-ONE (21) MONTHS** with credit for time served or until the defendant is otherwise discharged as provided as law. The Defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

**Court Recommendations to the Bureau of Prisons:**

(1) Substance abuse counseling.

(2) Education in business administration courses in construction and sales fields.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this ___11th___ day of October, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office